[No. 34337-8-I. Division One. June 19, 1995.]

*In re the Dependency of* M.R.

PETER ROGULJ, *Appellant*, v. DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-7-00901-0, Mary Wicks Brucker, J., entered March 9, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Pekelis, J. Pro Tem. Now published at 78 Wn. App. 799.

[No. 32987-1-I. Division One. June 19, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. JASON M. BOWEN, *A Juvenile Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 93-8-00044-4, H. Clark Harvey, J., entered June 21, 1993. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Webster, J., and Scholfield, J. Pro Tem.

[No. 17573-8-II. Division Two. June 21, 1995.]

THE STATE OF WASHINGTON *ex rel.* AUNIKA FREE WARREN, *Respondent*, v. KATHY ELIZABETH EVANS ANKRUM, *Statutory Party*, RICHARD HEADEN WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-5-01286-0, Joe Quaintance, J. Pro Tem., entered March 24, 1993. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Bridgewater, J.